# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF ARRIBA CONSTRUCTION, INC., and ARRIBA CONSTRUCTION, INC., a Washington corporation,<br><br>Plaintiffs,<br>v.<br><br>ACTIVE CONSTRUCTION, INC., a Washington corporation; LIBERTY MUTUAL INSURANCE COMPANY, Miller Act Performance and Payment Bond No. 023028040,<br><br>Defendants. | No. 2:16-cv-00300 RSL<br><br>ORDER GRANTING MOTION TO WITHDRAW |

THIS MATTER coming on to be heard before the undersigned Judge of the above-entitled cause number, based on the motion to withdraw as counsel, and the Court being fully advised, NOW THEREFORE, it is ORDERED, ADJUDGED AND DECREED that the motion of Joseph Scuderi to withdraw as counsel of record for Arriba Construction Inc., is granted.

Dated this 27ᵗ of November, 2017.

_____
Judge

ORDER GRANTING MOTION TO WITHDRAW - 1